UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No.: 2:26-CR-00130-KCD-KRH

v.

LOUCRUCHA JEANSIMON,

Defendant,
_________________________________/

| | | | |
|---|---|---|---|
| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Simon Eth |
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Yvette Gray |
| **Court Reporter** | Brandi Wilkins | **Probation Officer** | N/A |
| **Date/Time** | August 12, 2026 10:00 AM | **Interpreter** | N/A |
| **Bench Time** | 10:13 AM-4:20 PM 5 hours, 9 minutes | | |

**CLERK'S MINUTES – FIRST MOTION TO SUPRESS (Doc. 37)**

Counsel appears. Defense counsel moves to invoke the rule for witnesses, requests that the Court instruct the witnesses regarding the same. Witnesses are brought in and instructed by the Court.

The Court addresses Defendant's First Motion to Supress All Physical Evidence and Statement.

AUSA Eth calls Detective Gregory Reddington and states that counsel has stipulated to all exhibits.
**GOVERNMENT EXHIBITS 1, 2, 2A, 2B, 3, 3A, 3B, 4, AND 5 ARE ADMITTED BY STIPULATION.**
**DEFENDANT'S EXHIBITS 1, 2, 3, 4, 5, 6, AND 7 ARE ADMITTED BY STIPULATION.**

The Government calls Detective Gregory Reddington; witness sworn.
Direct: 10:20 AM-11:46 AM
**Government's Exhibits 1, 2, 2a, 2b, 3a, 3b, 4, and 5** shown to the witness for reference.
Cross: 11:47 AM-12:27 PM
**Defendant's Exhibits 6 and 7** shown to the witness for reference.

**12:28 PM - COURT IN RECESS FOR LUNCH BREAK.**
**1:21 PM - COURT BACK IN SESSION.**

Cross continued: 1:21 PM- 2:10 PM
**Defendant's Exhibits 2, 5a, b, c, e, p, q, and r,** shown to the witness for reference.
Redirect: 2:10 PM-2:17 PM
Recross: 2:17 PM-2:20 PM
2:20 PM – The witness is dismissed subject to recall.

**2:21 PM – COURT TAKES A SHORT RECESS.**
**2:25 PM – COURT BACK IN SESSION.**

The Government rests.

The defense calls Detective Ryan Amador; witness sworn.
Direct: 2:26 PM-2:52 PM
Cross: 2:53 PM-3:01 PM
**Government's Exhibit 3** is shown to the witness for reference.
Redirect: 3:02 PM-3:03 PM
Witness is dismissed at 3:04 PM and the defense rests.
The defense will call no further witnesses and all witnesses are dismissed.

The Court addresses the legality of each particular portion of the motion, and AFPD Gray and AUSA Eth proffer extensive argument.

The Court denies the Defendant's Motion to Suppress for the reasons stated on record.
AFPD Gray objects to the ruling.
4:20 PM – Court is adjourned.