UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 2:26-cr-00130-KCD-KRH

v.

LOUCRUCHA JEANSIMON,

Defendant,
_______________________________/

# ORDER

This case was before the Court for a bench trial on November 20, 2026, after Defendant waived his right to a jury trial. (*See* Doc. 84.) The parties filed stipulated facts, which Defendant confirmed on the record. (Doc. 83-1.) Having reviewed the stipulated facts in conjunction with the superseding indictment (Doc. 67), the Court hereby finds Defendant **GUILTY** of both Counts One and Two. Sentencing will be set by separate order.

**ORDERED** in Fort Myers, Florida on November 23, 2026.

Kyle C. Dudek
United States District Judge